**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jan Richard Toas                                    CHAPTER 7

                          Debtor(s)

                                                           BKY. NO. 22-10025 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Rebecca Solarz*
                          Rebecca Solarz
                          13 Jan 2022, 16:38:22, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322